IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY V. BROWN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-05-CV-2477-K |
| | § | |
| GARLAND POLICE DEPARTMENT, ET AL. | § | |
| | § | |
| Defendants. | § | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

**SO ORDERED.**

Signed this 7th day of December, 2006.

*Ed Kinkeade*

**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**